UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDITH A. VISCONTI,

    Plaintiff,

vs.                    Case No.  3:05-cv-623-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____

## O R D E R

Plaintiff's Petition for Attorney's Fees (Doc. #16; Petition) was filed on March 22, 2006. It is represented Defendant has no objection to the amount sought in the Petition. Petition at [externally numbered] 2-3.

A total of 25.7 hours were expended in the representation of Plaintiff. *Id.* at [externally numbered] 2; Statement of Professional Services Rendered to Judith A. Visconti (Statement), attached to the Petition as part of Exhibit 1, at [externally numbered] 5; Memorandum of Law in Support of Plaintiff's Petition for Attorney's Fees (Memorandum), attached to the Petition as part of Exhibit 1, at [externally numbered] 8,9. Plaintiff seeks a total payment of $3,986.07 in fees and $263.95 in costs. Petition at [externally numbered] 1, 2; Statement at [externally numbered] 5; Memorandum at [externally numbered] 6. This is based on an

hourly rate of $155.10.  Petition at [externally numbered] 2; Statement at [externally numbered] 5; Memorandum at [externally numbered] 8, 9.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees.  *See* 28 U.S.C. § 2412(d).  Thus, in light of the parties' agreement, Plaintiff may reasonably be awarded $3,986.07 in attorney fees and $263.95 in costs.[1]

Accordingly, the Petition (Doc. #16) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $3,986.07 and costs of $263.95.

**DONE AND ORDERED** at Jacksonville, Florida this 24th day of March, 2006.

/s/      Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[1] It is noted the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living.  *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited March 24, 2006).